FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 JAN 17 AM 11: 12

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-189 VJ1 |
| vs. | ) Count 1: 18 U.S.C. § 1203(a): |
| | ) Conspiracy to Take a Hostage; |
| **JUDITH CLOUSER,** | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about October 6, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **JUDITH CLOUSER**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons, to seize and detain and threaten to kill, to injure, and to continue to detain persons in order to do any act, specifically, to pay a sum of United States currency, as an explicit and implicit condition for the release of the person detained.

In violation of 18 U.S.C. § 1203(a).

JOHN C. ANDERSON
United States Attorney

*[signature]*
for: LUIS A. MARTINEZ
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304